98

Dawson

v.

Zeralious

August 30, 1988

Case No. (Law) 87-1026

By JUDGE DONALD H. KENT

This matter is before the Court upon the defendant's Plea in Bar.

The Court, having considered the arguments of counsel, finds that 28 U.S.C. § 1364, which authorizes suits against the diplomat's insurer, does not abolish diplomatic immunity in the tort context. Accordingly, the Court finds that diplomatic immunity bars the plaintiff's claim, and that the defendant's Plea in Bar must be sustained.

Mr. Jaicks should prepare an order dismissing the defendant from the case.